**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **BRIAN CULLEN,**<br><br>Plaintiff,<br><br>v.<br><br>**DELTA AIR LINES, INC.,**<br><br>Defendant. | Case No. 3:26-cv-00659<br><br>Judge Waverly D. Crenshaw, Jr. |

**JOINT MOTION FOR AGREED PROTECTIVE ORDER**

Plaintiff Brian Cullen and Defendant Delta Air Lines, Inc. hereby jointly move this Court for entry of a protective order addressing the disclosure and treatment of confidential information within the context of this litigation. The parties have agreed on the proposed text of that protective order and have attached a copy to this Motion as **Exhibit A**.

Accordingly, the parties respectfully ask the Court to grant this motion and to enter the attached proposed protective order.

Respectfully submitted,

*s/ C. Eric Stevens*

C. Eric Stevens (BPR No. 010632)
Littler Mendelson, P.C.
333 Commerce Street, Suite 1450
Nashville, Tennessee 37201
615.383.3033 (phone)
615.383.3323 (fax)
estevens@littler.com

*Attorneys for Defendant*

*s/ Douglas B. Janney III (w/permission CES)*
Douglas B. Janney III (BPR No. 19112)
5115 Maryland Way
Brentwood, Tennessee 37027
(615) 742-5900
doug@janneylaw.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and exact copy of the foregoing document has been filed with the Court through the Court's Electronic Case Filing System, through which service was made on October 13th, 2026, upon the following:

Douglas B. Janney III
LAW OFFICE OF DOUGLAS B. JANNEY III
5115 Maryland Way
Brentwood, TN 37027
doug@janneylaw.com

*s/ C. Eric Stevens*
C. Eric Stevens